Jordan M. Marchello
Nevada State Bar No. 16926
**DICKINSON WRIGHT PLLC**
3883howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 570-7713
Fax: (844) 670-6009
Email: Jmarchello@dickinsonwright.com

John S. Artz (*pro hac vice forthcoming*)
Michigan State Bar No. P48578
**DICKINSON WRIGHT PLLC**
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
Tel: (734) 623-7075
Email: JSArtz@dickinsonwright.com

*Attorneys for Plaintiff*
*August Images, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AUGUST IMAGES, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LIVE BEARED, LLC, an Arizona limited liability company,<br><br>Defendant. | Case No. 2:26-cv-01884-RFB-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

Plaintiff August Images, LLC ("August Images") and Defendant Live Bearded, LLC ("Live Bearded"), by and through their respective counsel, seek an additional twenty-one (21) days in which Defendant may file their to Answer to the Complaint in this case.

Based upon the date of service, Defendant's current deadline to file its Answer to the Complaint falls on Thursday, October 1, 2026. The Parties have recently engaged in discussions

regarding potential settlement of this matter, which would obviate the need to proceed with this matter. In order to continue those discussions, the Parties have agreed to allow Defendant an additional 21 days to file its Answer, up to and including **Thursday, October 22, 2026**.

This request is brought for good cause to enable the Parties sufficient time to explore a resolution of the case, and not for the purpose of delay.

**IT IS SO AGREED AND STIPULATED:**

DATED this 1st day of October, 2026.

**DICKINSON WRIGHT PLLC**

*/s/ Jordan M. Marchello*
Jordan M. Marchello
Nevada State Bar No. 16926
**DICKINSON WRIGHT PLLC**
3883howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 570-7713

John S. Artz (*pro hac vice forthcoming*)
Michigan State Bar No. P48578
**DICKINSON WRIGHT PLLC**
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
Tel: (734) 623-7075

*Attorneys for Plaintiff*

DATED this 1st day of October, 2026.

**HARTMAN TITUS PLC**

*/s/ Bradley P. Hartman*
Bradley P. Hartman (*pro hac vice forthcoming*)
bhartman@hartmantitus.com
admin@hartmantitus.com
2 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Tel: 602-759-7459

*Attorneys for Defendants*

**IT IS SO ORDERED:**

United States Magistrate Judge

DATED: October 1, 2026