Jordan M. Marchello
Nevada State Bar No. 16926
**DICKINSON WRIGHT PLLC**
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 570-7713
Fax: (844) 670-6009
Email: Jmarchello@dickinsonwright.com

John S. Artz (*pro hac vice forthcoming*)
Michigan State Bar No. P48578
**DICKINSON WRIGHT PLLC**
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
Tel: (734) 623-7075
Email: JSArtz@dickinsonwright.com

*Attorneys for Plaintiff*
*August Images, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

AUGUST IMAGES, LLC, a New York limited liability company,

Plaintiff,

v.

LIVE BEARED, LLC, an Arizona limited liability company,

Defendant.

Case No. 2:26-cv-01884-RFB-EJY

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSE TO THE COMPLAINT AND PROPOSED ORDER**

**(SECOND REQUEST)**

Plaintiff August Images, LLC ("Plaintiff") by and through its undersigned counsel, hereby respectfully requests that the Court grant Defendant Live Bearded, LLC ("Defendant"), an extension of an additional thirty (30) days in which Defendant may respond to the Complaint (ECF No. 1), from October 22, 2026 to November 21, 2026. This is the second request for an extension of this deadline.

Since the Parties' First Request to Extend (ECF No. 6), the Parties have continued to engage in discussions regarding potential settlement of this matter, which would obviate the need to proceed with this matter. Defendant has also recently taken steps to retain new counsel in connection with those discussions. In order to continue those discussions, and to allow new counsel sufficient time to

come up to speed with this matter, the Parties have agreed to allow Defendant an additional 30 days to respond to the Complaint, up to and including **November 21, 2026**.

This request is brought for good cause to enable the Parties sufficient time to explore a resolution of the case, and not for the purpose of delay.

DATED: this 21st day of October, 2026.

Respectfully Submitted,

**DICKINSON WRIGHT PLLC**

*/s/ Jordan M. Marchello*

Jordan M. Marchello
Nevada State Bar No. 16926
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 570-7713

John S. Artz (*pro hac vice forthcoming*)
Michigan State Bar No. P48578
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
Tel: (734) 623-7075

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

United States Magistrate Judge

DATED: October 21, 2026