Jordan M. Marchello
Nevada State Bar No. 16926
**DICKINSON WRIGHT PLLC**
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 570-7713
Fax: (844) 670-6009
Email: Jmarchello@dickinsonwright.com

John S. Artz (*pro hac vice forthcoming*)
Michigan State Bar No. P48578
**DICKINSON WRIGHT PLLC**
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
Tel: (734) 623-7075
Email: JSArtz@dickinsonwright.com

*Attorneys for Plaintiff*
*August Images, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

AUGUST IMAGES, LLC, a New York limited liability company,

Plaintiff,

v.

LIVE BEARED, LLC, an Arizona limited liability company,

Defendant.

Case No. 2:26-cv-01884-RFB-EJY

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSE TO THE COMPLAINT AND ~~PROPOSED~~ ORDER**

**(THIRD REQUEST)**

Plaintiff August Images, LLC ("Plaintiff") by and through its undersigned counsel, hereby respectfully requests that the Court grant Defendant Live Bearded, LLC ("Defendant"), an extension of an additional thirty (30) days in which Defendant may respond to the Complaint (ECF No. 1), from November 21, 2026 to December 21, 2026. This is the third request for an extension of this deadline.

Since the Parties' Second Request to Extend (ECF No. 10), the Parties have continued to engage in discussions regarding potential settlement of this matter, which would obviate the need to proceed with this matter. In order to continue those discussions, the Parties have agreed to allow

Defendant an additional 30 days to respond to the Complaint, up to and including **December 21, 2026**.

This request is brought for good cause to enable the Parties sufficient time to explore a resolution of the case, and not for the purpose of delay.

**IT IS SO AGREED AND STIPULATED:**

DATED: this 18th day of November, 2026.

Respectfully Submitted,

**DICKINSON WRIGHT PPLC**

*/s/ Jordan M. Marchello*

Jordan M. Marchello
Nevada State Bar No. 16926
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 570-7713

John S. Artz (*pro hac vice forthcoming*)
Michigan State Bar No. P48578
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
Tel: (734) 623-7075

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

United States Magistrate Judge

DATED: November 18, 2026